IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI FERGUSON,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | 1:25-cv-63 |
| LAKESHORE COMMUNITY SERVICES, INC., | )<br>)<br>) | |
|     Defendant | ) | ELECTRONICALLY FILED |

**DISCLOSURE STATEMENT OF**
**<u>LAKESHORE COMMUNITY SERVICES, INC.</u>**

Defendant Lakeshore Community Services, Inc., by its attorneys, MacDonald, Illig, Jones & Britton LLP, certifies pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1.A of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania, in order to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, that it has no parent corporation, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Respectfully submitted,
 s/ *Jamie R. Schumacher*
Jamie R. Schumacher
PA ID 318873
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7613
FAX (814) 454-4647
jschumacher@mijb.com

Attorneys for Defendant,
 Lakeshore Community Services, Inc.

1919891

## **CERTIFICATE OF SERVICE**

I certify that on March 10, 2025, the foregoing *Corporate Disclosure Statement of Lakeshore Community Services, Inc.* was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the Court's ECF system.



*s/ Jamie R. Schumacher*
Jamie R. Schumacher