IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI FERGUSON, )<br>    Plaintiff, ) | Civil Action No.    25-63 Erie |
| ) | |
| vs. ) | District Judge Susan Paradise Baxter |
| ) | |
| LAKESHORE COMMUNITY SERVICES INC., )<br>    Defendant. ) | |

**O R D E R**

AND NOW, this 16th day of April, 2025, counsel for all parties having been identified on the record, IT IS HEREBY ORDERED as follows:

1. **Rule 26(f) Conference.** Pursuant to Rule 26(f), and notwithstanding the pendency of any outstanding motion, the parties **MUST** confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case and to make arrangements for the disclosures required by Rule 26(a)(1) on or before **May 7, 2025**. Plaintiff shall initiate this conference; however, the Court will hold all parties responsible for ensuring that this conference is held in a timely manner.

2. **Rule 26(f) Report.** The parties **MUST** confer as necessary and **MUST** file with the Court the Stipulation Selecting ADR Process and the Rule 26(f) Report on or before **May 14, 2025.** The Rule 26(f) Report **MUST** address whether the parties request an Initial Case Management Conference. The parties may decide who will prepare and file the Stipulation and Rule 26(f) Report; however, the Court will hold all parties responsible for ensuring that the Stipulation and Report are filed and in the correct form and in a timely manner. **This Court requires strict compliance with Rule 26.** The Court will review the Rule 26(f) Report and will

consider all reasonable requests for an Initial Case Management Conference. Following review of the Rule 26(f) Report, the undersigned may (1) issue an Initial Case Management Order or (2) if necessary, schedule an Initial Case Management Conference.

**THE PARTIES ARE HEREBY NOTIFIED THAT ANY IDENTIFIED NEUTRAL (COURT APPROVED OR PRIVATE) IS REQUIRED TO BECOME A REGISTERED USER OF THE ELECTRONIC CASE FILING SYSTEM IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. COUNSEL SHALL SO NOTIFY THEIR AGREED UPON NEUTRAL AND REFER THEM TO THE COURT'S WEBSITE AT WWW.PAWD.USCOURTS.GOV FOR USER REGISTRATION FORMS.**

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge