IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI FERGUSON,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | 1:25-cv-63 |
| LAKESHORE COMMUNITY SERVICES, INC.,<br>    Defendant | )<br>)<br>)<br>) | ELECTRONICALLY FILED |

**STIPULATION SELECTING ADR PROCESS**

Counsel have met and conferred regarding Alternative Dispute Resolution and have reached the following Stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**

Select one of the following processes:

|         |                                                    |
|---------|----------------------------------------------------|
| _____   | Mediation                                          |
| __X__   | Early Neutral Evaluation (ENE)                     |
| _____   | Court sponsored Binding[1] Arbitration             |
| _____   | Court sponsored Non-binding Arbitration            |
| _____   | Other (please identify process and provider)       |

If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

    50  % by Plaintiff(s)
    50  % by Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral, the Court will set reasonable compensation and costs.

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Hon. Kenneth J. Benson (Ret.) |
| Address of Neutral: | P.O. Box 101824 |
| | Pittsburgh, Pennsylvania 15237 |
| Telephone & FAX Numbers: | 412-218-9112 |
| Email address of Neutral: | info@justusadr.com |
| **Date of ADR Session:** | June 27, 2025 |

The parties represent that they have contacted the selected neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, in addition to counsel, in accordance with Section 2.7 (Attendance at Session) of the Court's ADR Policies and Procedures:

**Plaintiff Lori Ferguson**

| | |
|---|---|
| Counsel: | Timothy McNair, Esq. |
| Plaintiff: | Lori Ferguson |

**Defendant Lakeshore Community Services, Inc.**

| | |
|---|---|
| Counsel: | Jamie R. Schumacher, Esq. |
| Corporate Representative(s): | Alan Benson, President/Chief Executive Officer<br>Lakeshore Community Services, Inc. |
| | and/or |
| | Emily Herbst, Claims Examiner<br>Professional Liability Claims Department<br>Philadelphia Insurance Companies |

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.

## V.  ACKNOWLEDGMENT

      We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated:  5/14/25                          */s/ Timothy McNair*
                                             Attorney for Plaintiff


Dated: 5/14/25                          */s/ Jamie R. Schumacher*
                                             Attorney for Defendant

1927431