IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERGUSON )<br>)<br>)<br>)<br>Plaintiff(s) )<br>v. )<br>)<br>LAKESHORE COMMUNITY SERVICES, INC. )<br>)<br>)<br>Defendant(s) ) | Civil Action No. 1:25-cv-00063 |

## REPORT OF NEUTRAL

A  E.N.E.  session was held in the above captioned matter on  June 27, 2025 .

The case (please check one):
  _____ has resolved
  _____ has resolved in part (see below)
    X    has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: July 1, 2025                              /s Kenneth J. Benson
                                                 Signature of Neutral

Rev. 09/11