IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LORI FERGUSON,　　　　　　　　　　)
　　　　Plaintiff　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　)　　　CASE NO. 1:25-cv-63
　　　　　　　　　　　　　　　　　　)
LAKESHORE COMMUNITY　　　　　　)
SERVICES, INC.,　　　　　　　　　　　)
　　　　Defendant　　　　　　　　　　)　　　ELECTRONICALLY FILED

## **ORDER**

AND NOW, this 29th day of September 2025, upon consideration of the parties' Joint Motion for Extension of Time to Complete Discovery, ECF No. [14], IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Initial Scheduling Order filed at ECF No. [12] is modified as follows:

1.　　　The parties shall complete fact discovery by **December 31, 2025**.

2.　　　The post-discovery status conferenced scheduled for September 30, 2025 is CANCELLED.  A post-discovery status conference is rescheduled for January 8, 2026 at 3:00 p.m. The parties are directed to contact the Court on its conference line, by calling (814) 400-5033 and using conference ID code 136 238 296#, at the scheduled time.

IT IS FURTHER ORDERED that all other provisions of the Initial Scheduling Order remain in effect.

BY THE COURT:

Susan Paradise Baxter
United States District Judge