IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI FERGUSON,       ) | |
|     Plaintiff         ) | |
|               ) | |
|      v.        ) | CASE NO. 1:25-cv-63 |
|                ) | |
| LAKESHORE COMMUNITY  ) | |
| SERVICES, INC.,      ) | |
|     Defendant        ) | ELECTRONICALLY FILED |

**JOINT MOTION FOR SECOND AMENDED CASE MANAGEMENT ORDER**

The Parties, through their undersigned counsel, file this Joint Motion for a Second Amended Case Management Order, stating as follows:

1. Following the filing of the parties' Federal Rule of Civil Procedure Rule 26(f) Report (ECF 9), the Court entered the Initial Scheduling Order dated June 2, 2025 (ECF 12).

2. The Initial Scheduling Order identified the completion of fact discovery by September 19, 2025.

3. The parties jointly filed a Motion seeking an amended case management order, following review of same, the Court entered an Order dated September 29, 2025 extending the fact discovery deadline to December 31, 2025 (ECF 15).

4. The Court's September 29, 2025 and January 8, 2026 Orders also rescheduled a post-discovery status conference to January 15, 2026 (ECF 15 and 16).

5. The parties have both completed written discovery on the other, but need additional time within which to complete depositions and will aim to complete same within the next forty-five (45) days.

- 2 -

6.    Accordingly, the parties are jointly submitting this Motion and the Proposed Second Amended Case Management Order setting forth a completion of fact discovery deadline of February 27, 2026.

7.    In addition, the parties would respectfully request the Court reschedule the post-discovery status conference to a date and time in March 2026, or as close thereto as the Court's schedule permits.

WHEREFORE, the parties respectfully request the Court grant this Joint Motion for Second Amended Case Management Order and enter the Proposed Case Management Order.

Respectfully submitted,

| | |
|---|---|
| *s/ Timothy McNair* | *s/ Jamie R. Schumacher* |
| Timothy McNair, Esquire | Jamie R. Schumacher, Esquire |
| PA 34304 | PA 318873 |
| **McNAIR LAW OFFICES, PLLC** | **MacDONALD, ILLIG, JONES** |
| 821 State Street | **& BRITTON LLP** |
| Erie, Pennsylvania 16501 | 100 State Street, Suite 700 |
| (814) 918-3377 | Erie, PA 16507-1459 |
| tmcnair@mcnairlaw.com | Telephone: (814) 870-7600 |
| | jschumacher@mijb.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

4915-1455-4220 v.2

- 3 -

**CERTIFICATE OF SERVICE**

      I certify that on January 13, 2026 the foregoing Joint Motion for Second Amended Case Management Order was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the Court's ECF system.

                                                      *s/ Jamie R. Schumacher*
                                                     Jamie R. Schumacher, Esq.