IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI FERGUSON,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CASE NO. 1:25-cv-63<br>) |
| LAKESHORE COMMUNITY<br>SERVICES, INC.,<br>    Defendant | )<br>)<br>)   ELECTRONICALLY FILED |

**PROPOSED SECOND AMENDED CASE MANAGEMENT ORDER**

AND NOW, this ___ day of _____ 2026, IT IS HEREBY ORDERED that this action is placed under Local Rule 16.1 for pretrial proceedings and all provisions of the Rule will be strictly enforced.

IT IS FURTHER ORDERED that the Initial Scheduling Order filed at ECF No. [12] and Amended Case Management Order [15] are modified as follows:

1. The parties shall complete fact discovery by **February 27, 2026**.

2. The post-discovery status conferenced scheduled for January 15, 2026 is CANCELLED. A post-discovery status conference is rescheduled for _____. The parties are directed to contact the Court on its conference line, by using the telephone instructions filed at ECF No. [7], at the scheduled time.

IT IS FURTHER ORDERED that all other provisions of the Initial Scheduling Order remain in effect.

BY THE COURT:

_____
Susan Paradise Baxter
U.S. District Judge