IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI FERGUSON,<br>    Plaintiff | )<br>)<br>) |
| v. | ) CASE NO. 1:25-cv-63<br>) |
| LAKESHORE COMMUNITY<br>SERVICES, INC.,<br>    Defendant | )<br>)<br>) ELECTRONICALLY FILED |

## SECOND AMENDED CASE MANAGEMENT ORDER

AND NOW, this 13th day of January 2026, upon consideration of the parties' second Joint Motion for Extension of Time to Complete Discovery, ECF No. [17], IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Initial Scheduling Order filed at ECF No. [12] and Amended Case Management Order [15] are modified as follows:

1. The parties shall complete fact discovery by **February 27, 2026**.

2. The post-discovery status conferenced scheduled for January 15, 2026 is CANCELLED and RESCHEDULED for March 10, 2026 at 10:30 a.m. The parties are directed to contact the Court on its conference line, by using the telephone instructions filed at ECF No. [7], at the scheduled time.

IT IS FURTHER ORDERED that all other provisions of the Initial Scheduling Order remain in effect.

BY THE COURT:

_Susan Paradise Baxter_
Susan Paradise Baxter
United States District Judge