IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| LORI FERGUSON,<br> Plaintiff<br><br>v.<br><br>LAKESHORE COMMUNITY SERVICES, INC.,<br> Defendant | Docket No. 1:25-cv-00063-SPB<br><br>*Electronically Filed* |

### JOINT MOTION FOR THIRD AMENDED CASE MANAGEMENT ORDER

NOW COMES the Plaintiff, Lori Ferguson, and Defendant, Lakeshore Community Services, Inc., by counsel, and file this Joint Motion for Third Amended Case Management Order, respectfully representing:

1. On June 2, 2025, this Honorable Court entered an Order setting the case management deadlines.

2. Under the terms of that Case Management Order, discovery was to close on September 19, 2025.

3. The parties jointly filed a Motion for Amended Case Management Order on September 26,2025 and was granted by Order dated September 29, 2025, continuing the discovery deadline to December 31, 2025.

4. On January 13, 2026, the parties filed the Joint Motion for Second Amended Case Management Order which was granted by Order of January 13, 2026,

continuing the discovery deadline to February 27, 2026, and scheduling the post-discovery conference for March 10, 2026.

5. Due to the conflicting schedules of counsel, the depositions were not able to be scheduled prior to the February 27, 2026 deadline. However, depositions in this matter have been tentatively scheduled for March 11, 12, and 25.

6. The parties mutually agree that the deadline in the Case Management Order should be extended by forty-five (45) days from the dates in the January 13, 2026 Order.

7. Plaintiff and Defendant agree to this Motion.

8. The parties do not anticipate the need for an additional extension of time to complete fact discovery.

9. Neither party will be harmed if the requested extension is granted.

10. The parties have attached a proposed Order.

WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court for a forty-five (45) day extension of Case Management Order Deadlines.

DATE: February 27, 2026

| McNair Law Office, PLLC | MacDonald, Illig, Jones & Britton LLP |
|---|---|
| /s/ *Timothy D. McNair, Esquire*<br>Timothy D. McNair, Esquire<br>821 State Street<br>Erie, PA 16501<br>(814)452-0700 (telephone)<br>(814)4542371 (facsimile)<br>Atty. No. PA 34304<br>tmcnair@mcnairlaw.com<br>Attorney for Plaintiff Lori Ferguson | /s/ *Jamie R. Schumacher, Esquire*<br>Jamie R. Schumacher<br>100 State Street, Suite 700<br>Erie, PA 16507-1459<br>(814) 870-7613 (telephone)<br>(814) 454-4647 (facsimile)<br>Atty No. PA 318873<br>jschumacher@mijb.com<br>Attorney for Defendant Lakeshore Community Services, Inc. |