IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

|  |  |  |
|---|---|---|
| LORI FERGUSON,<br>    Plaintiff | : | |
| v. | : | Docket No. 1:25-cv-00063-SPB |
| | : | *Electronically Filed* |
| LAKESHORE COMMUNITY SERVICES,<br>INC.,<br>    Defendant | : | |

## **ORDER**

AND NOW, to-wit this _____ day of February, 2026, upon consideration of the Joint Motion for Third Amended Case Management Order, it hereby ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended forty-five (45) days as follows:

Fact Discovery:                April 13, 2026

All other deadlines:         TBD

It is further ORDERED that the post-fact discovery status conference scheduled for March 10, 2026, is cancelled and will be rescheduled by the Court.

BY THE COURT,

_____

Susan Paradise Baxter, J.