IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| LORI FERGUSON,<br>    Plaintiff<br><br>v.<br><br>LAKESHORE COMMUNITY SERVICES, INC.,<br>    Defendant | Docket No. 1:25-cv-00063-SPB<br><br>*Electronically Filed* |

## ORDER

AND NOW, to-wit this 2nd day of March, 2026, upon consideration of the Joint Motion for Third Amended Case Management Order, ECF No. [19], IT IS HEREBY ORDERED that said Motion is GRANTED. Case Management Deadlines shall be extended as follows:

1. The parties shall complete fact discover by April 13, 2026.

2. The post-discovery status conference scheduled for March 10, 2026 at 10:30 a.m. is CANCELLED and RESCHEDULED for April 20, 2026 at 1:30 p.m. The parties are directed to contact the Court on its conference line, by calling (814) 400-5033 and using conference ID code 136 238 296#, at the scheduled time.

BY THE COURT,

*Susan Paradise Baxter*
Susan Paradise Baxter, J.