IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

|  |  |  |
|---|---|---|
| LORI FERGUSON, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Docket No. 1:25-cv-00063-SPB |
| | : | |
| | : | *Electronically Filed* |
| LAKESHORE COMMUNITY SERVICES, INC., | : | |
| Defendant | : | |

## **STIPULATION FOR DISMISSAL**

NOW COME the parties hereto, by counsel undersigned, and stipulate to the dismissal of this case with prejudice. The parties agree that the Court shall retain jurisdiction to enforce the terms of any settlement agreement between the parties.

Respectfully submitted,

*s/* Timothy D. McNair
Timothy McNair, Esquire
PA 34304
McNair Law Offices, PLLC
821 State Street
Erie, Pennsylvania 16501
(814) 918-3377
tmcnair@mcnairlaw.com

*Attorneys for Plaintiff*
*Lori Ferguson*

*s/* Jamie R. Schumaker
Jamie R. Schumacher, Esquire
PA 318873
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7613
(814) 454-4647 FAX
jschumacher@mijb.com

*Attorneys for Defendant,*
*Lakeshore Community Services, Inc.*