IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

LORI FERGUSON,
    Plaintiff

v.

LAKESHORE COMMUNITY SERVICES,
INC.,
    Defendant

Docket No. 1:25-cv-00063-SPB

*Electronically Filed*

## ORDER

AND NOW, this _____ day of May 2026, upon consideration of the foregoing

STIPULATION FOR DISMISSAL, it is ORDERED that the above-captioned case is

DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce any

settlement agreement of the parties.

BY THE COURT:

_____
Susan Paradise Baxter, U.S.D.J.