IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

LORI FERGUSON,
    Plaintiff

v.

                                        Docket No. 1:25-cv-00063-SPB

                                        *Electronically Filed*

LAKESHORE COMMUNITY SERVICES,
INC.,
    Defendant

## ORDER

AND NOW, this 22nd day of May 2026, upon consideration of the foregoing
STIPULATION FOR DISMISSAL, ECF No. [23], IT IS ORDERED that the above-
captioned case is  DISMISSED WITH PREJUDICE. The Court retains jurisdiction to
enforce any settlement agreement of the parties.

BY THE COURT:

Susan Paradise Baxter
United States District Judge